1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LOGAN LENOX GORE,<br><br>       Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>       Respondent. | CASE NO. C12-5918 RBL-JRC<br><br>ORDER TO AMEND THE CASE CAPTION |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

Petitioner has named only the State of Washington as respondent. Petitioner needs to name a natural person -- not a governmental entity. The proper respondent is the person having custody of petitioner. *See* 28 U.S.C. § 2242. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives

1  this Court of personal jurisdiction.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360
2  (9th Cir. 1994).
3         Petitioner is ordered to file a motion asking the Court to change the case caption and
4  name the proper respondent.  Petitioner's motion must be filed on or before November 23, 2012.
5         Dated this 19th day of October, 2012.

                                        J. Richard Creatura
                                        United States Magistrate Judge

ORDER TO AMEND THE CASE CAPTION - 2