|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOGAN LENOX GORE,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. C12-5918 RBL-JRC

ORDER TO AMEND THE CASE CAPTION

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

Petitioner has named only the State of Washington as respondent. Petitioner needs to name a natural person -- not a governmental entity. The proper respondent is the person having custody of petitioner. *See* 28 U.S.C. § 2242. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives

1   this Court of personal jurisdiction.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360

2   (9th Cir. 1994).

3         Petitioner is ordered to file a motion asking the Court to change the case caption and

4   name the proper respondent.  Petitioner's motion must be filed on or before November 23, 2012.

5         Dated this 19th day of October, 2012.

 

                                                         /s/ J. Richard Creatura

                                                         J. Richard Creatura
                                                         United States Magistrate Judge