UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOGAN LENOX GORE,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

CASE NO. C12-5918 RBL-JRC

ORDER GRANTING PETITIONER'S MOTION TO CHANGE THE CAPTION

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The District Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

    Petitioner seeks relief from a state conviction and sentence. Petitioner filed the petition pursuant to 28 U.S.C. § 2254. The Court ordered Petitioner to amend the caption to name a proper respondent because Petitioner had named only the State of Washington (ECF No. 4). Petitioner has filed a motion asking to add Pat Glebe as Respondent (ECF No. 5). The Court grants the motion. The State of Washington is not a proper respondent and will be removed from the case.

    Dated this 26th day of October, 2012.

J. Richard Creatura
United States Magistrate Judge