UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOGAN LENOX GORE,

        Petitioner,

  v.

PAT GLEBE,

        Respondent.

CASE NO. C12-5918 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court denies this petition. Petitioner fails to show the ruling of the state court violated clearly established federal law and fails to come forward with evidence of juror bias.

(3)    No Certificate of Appealability will be issued.

DATED this 14th day of March, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1